IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| RNI WIND DOWN CORPORATION., | ) | |
| et al., | ) | Case No. 06-10110 (CSS) |
| | ) | |
| Debtors. | ) | |
| | ) | **Re: Docket Nos. 711, 712** |
| | ) | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Charles L. Grimes appeals under 28 U.S.C. § 158(a) from the Order (Docket No. 712) granting Debtors' Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 and the memorandum opinion (Docket No. 711) entered on August 23, 2006.

The names of the parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

<u>Attorneys for RNI Winddown Corp.</u>

Michael R. Nestor, Esq.
Kenneth J. Enos, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Phone: 302-571-6600

Neil E. Herman, Esq
Morgan. Lewis & Bockius LLP
101 Park Avenue - 43rd Fl.
New York, NY 10178
Phone: 212-309-6669

10016954.WPD

Attorneys for the Official Committee of Unsecured Creditors

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801
Phone: 302-467-4400

Jeffrey S. Sabin, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022
Phone: 212-756-2290

Attorneys for the Official Committee of Equity Security Holders

Steven K. Kortanek, Esq.
Jennifer L. Scoliard, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801
Phone: 302-426-1189

William R. Baldiga, Esq
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Phone: 617-856-8200

Dated: August 25, 2006

SMITH, KATZENSTEIN & FURLOW, LLP

By:  /s/ Kathleen M. Miller
David A. Jenkins (932)
Kathleen M. Miller (2898)
800 Delaware Avenue
PO Box 410
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-8400
Fax: (302) 652-8405
Email: DJenkins@skfdelaware.com

ATTORNEYS FOR MR. GRIMES

10016954.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25**th day of **August, 2006**, a copy of the foregoing **NOTICE OF APPEAL** was served on the following attorneys by first class mail:

Michael R. Nestor, Esq.
Kenneth J. Enos, Esq.
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Neil E. Herman, Esq
Morgan, Lewis & Bockius LLP
101 Park Avenue - 43rd Fl.
New York, NY 10178

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

William R. Baldiga, Esq
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Steven K. Kortanek, Esq.
Jennifer L. Scoliard, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Jeffrey S. Sabin, Esq.
Schulte Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Kathleen M. Miller (ID No. 2898)

10016992.WPD

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: ) | | Chapter 11 |
| ) | | |
| RNI WIND DOWN ) | | |
| CORPORATION, et al., ) | | Case No. 06-10110 (CSS) |
| ) | | |
| Debtors. ) | | (Jointly Administered) |
| ) | | |

### ORDER

**AND NOW**, this **23rd** day of **August, 2006,** upon consideration of the evidence and the arguments presented in the briefs and at the hearing on (i) the Debtors' Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 (the "9019 Motion"); and (ii) the Motion of Charles L. Grimes for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 of the Bankruptcy Code (the "Stay Relief Motion"), it is hereby

**ORDERED**, that the 9019 Motion is **GRANTED**; and it is further

**ORDERED**, that the Stay Relief Motion is **DENIED** without prejudice.

BY THE COURT:

*/s/ Christopher S. Sontchi*
Christopher S. Sontchi
United States Bankruptcy Judge

Dated:   August 23, 2006

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

Clerk of Court  824 Market Street
David D. Bird  Wilmington, DE 19801
 (302) 252-2900

Date:  September 21, 2006

To:  U.S. District Court
 District of Delaware
 U.S. Courthouse - 844 King Street
 Wilmington, DE 19801

Re:

 Enclosed is the bankruptcy Record on **Appeal #BAP-06-56.**  Please acknowledge receipt on the copy provided.

**Enclosed Items: Yes**
**Notice of Appeal: BAP-06-56**
**Appealable Orders: Yes**
**Statement of Issues on Appeal: Yes**
**Appellants Designations: Yes**
**Appellee Designations: Yes**

 Sincerely,

 Monique Edwards
 Deputy Clerk

__X__ Filing fee paid on __8/25/2006__
_____ Filing fee not paid

I hereby acknowledge receipt of the above record on appeal this _____ day of _____, 2005.

By: _____  C.A. No.: ____
 Deputy Clerk, U.S. District Court

**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Bankruptcy Case Number: 06-10110 (CSS)

Deputy Clerk Transferring Case: Monique Edwards (302) 252-2900 ext 5123
Appeal #: BAP-06-56

**Order, Date Entered and Issues**

**Debtors:** RNI Wind Down Corporation, et al.
**Counsel:**     Kenneth J. Enos,
                 Young Conaway Stargatt & Taylor LLP
                 The Brandywine Building
                 1000 West Street, 17th Floor
                 Wilmington, DE 19801

**Telephone:**   (302) 571-6600

**Appellant:**   **Charles L. Grimes**
**Counsel:**     Kathleen M. Miller
                 Smith Katzenstein & Furlow, LLP
                 800 Delaware Avenue
                 P.O. Box 410
                 Wilmington, DE 19899
**Telephone:**   (302) 652-8400

**Appellee:**    RNI Wind Down Corporation, et al
**Counsel:**     **Kenneth J. Enos**
**Telephone:**   **(302) 571-6600**