IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| RNI WIND DOWN CORPORATION., ) | |
| et al., ) | Case No. 06-10110 (CSS) |
| ) | |
| Debtors. ) | |
| ) | **Re: Docket No. 728** |
| ) | |

## CHARLES L. GRIMES' DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUES ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Mr. Grimes designates the following items to be included in the record on appeal:

| Date | Dkt. No. | Description |
|---|---|---|
| 5/5/06 | 304 | Motion for Relief from the Stay Pursuant to 11 U.S.C. § 362 of the Bankruptcy Code, filed by Charles L. Grimes |
| 5/19/06 | 351 | Declaration of Kathleen M. Miller in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. Sec. 362 of the Bankruptcy Code Filed by Charles Grimes |
| 6/8/06 | 402 | Motion to Approve the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 6/26/06 | 453 | Charles L. Grimes' Objection to Motion of the Debtors for an Order Pursuant to Rule 9019 Approving the Amendment to the Stipulation and Agreement of Settlement dated as of November 12, 2004 |
| 6/29/06 | 473 | Reply of Charles L. Grimes in Support of his Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. Sec. 362 of the Bankruptcy Code |
| 7/6/06 | 489 | Transcript of June 30, 2006 hearing |

10017175.WPD

| | | |
|---|---|---|
| 7/24/06 | 548 | Supplemental Brief of Charles L. Grimes in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. Sec 362 of the Bankruptcy Code and Objection to Motion of the Debtors for an Order Pursuant to Rule 9019 Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 7/24/06 | 550 | Brief in Support of Motion For an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 7/24/06 | 551 | Response of Official Committee of Unsecured Creditors in Support of the Motion of the Debtors for an Order Pursuant to Rule 9019 Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 7/24/06 | 554 | Statement of Support of the Response by the Official Committee of Unsecured Creditors in Support of the Motion of the Debtors for an Order Pursuant to Rule 9019 Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 8/23/06 | 711 | Memorandum Opinion |
| 8/23/06 | 712 | Order Granting Motion To Approve Denying Motion For Relief From Stay |
| 8/25/06 | 728 | Notice of Appeal under 28 U.S.C. Section 158(a) from the Order (Docket 712) granting Debtors' Motion for An Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 and the memorandum opinion (Docket 711) entered on August 23, 2006 |
| 8/31/06 | 782 | Transcript of July 27, 2006 hearing |

| | | |
|---|---|---|
| 7/24/06 | 548 | Supplemental Brief of Charles L. Grimes in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. Sec 362 of the Bankruptcy Code and Objection to Motion of the Debtors for an Order Pursuant to Rule 9019 Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 7/24/06 | 550 | Brief in Support of Motion For an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 7/24/06 | 551 | Response of Official Committee of Unsecured Creditors in Support of the Motion of the Debtors for an Order Pursuant to Rule 9019 Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 7/24/06 | 554 | Statement of Support of the Response by the Official Committee of Unsecured Creditors in Support of the Motion of the Debtors for an Order Pursuant to Rule 9019 Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 |
| 8/23/06 | 711 | Memorandum Opinion |
| 8/23/06 | 712 | Order Granting Motion To Approve Denying Motion For Relief From Stay |
| 8/25/06 | 728 | Notice of Appeal under 28 U.S.C. Section 158(a) from the Order (Docket 712) granting Debtors' Motion for An Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 and the memorandum opinion (Docket 711) entered on August 23, 2006 |
| 8/31/06 | 782 | Transcript of July 27, 2006 hearing |

## STATEMENT OF THE ISSUES ON APPEAL

I. Whether the Bankruptcy Court erred in finding that it had subject matter jurisdiction to approve an Amended Settlement Agreement, which modifies a settlement previously approved by order of the United States District Court for the Northern District of California pursuant to Fed. R. Civ. Pro. 23.1.

II. Whether the Bankruptcy Court erred in finding that it could approve the Amended Settlement Agreement, which modifies a court approved settlement that is the subject of a pending appeal in the United States Court of Appeals for the Ninth Circuit, even though Mr. Grimes, the appellant in the Ninth Circuit, did not consent to the Amended Settlement Agreement.

III. If the Bankruptcy Court did have jurisdiction over the Amended Settlement Agreement, whether it erred in refusing to defer to the Ninth Circuit under principles of comity.

IV. Whether the Bankruptcy Court erred in finding that the standards of Bankruptcy Rule 9019 had been satisfied in approving the Amended Settlement Agreement.

Dated: September 5, 2006

SMITH, KATZENSTEIN & FURLOW, LLP

By: /s/ Kathleen M. Miller
David A. Jenkins (932)
Michele C. Gott (2671)
Kathleen M. Miller (2898)
800 Delaware Avenue
PO Box 410
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-8400
Fax: (302) 652-8405
Email: DJenkins@skfdelaware.com

ATTORNEYS FOR CHARLES L. GRIMES