UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RNI WIND DOWN CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 06-10110 (CSS)<br><br>Jointly Administered |

**APPELLEES' DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (the "Debtors"), as appellees, hereby submit this designation of additional items to be included in the record on appeal with respect to the Notice of Appeal [*see* Docket No. 728] from the Order of the Honorable Christopher S. Sontchi, entered on August 23, 2006 [*see* Docket No.712], in the above-captioned chapter 11 cases.

| DATE | DOCKET NO. | DOCUMENT |
|---|---|---|
| 2/9/2006 | 22 | Debtors' Motion for an Order (i) Approving Bidding Procedures with Respect to the Sale of the Debtors' Assets; (ii) Approving Termination Fee and Expense Reimbursement; (iii) Establishing Deadline by Which Parties May Object to Proposed Assumption and Assignment of Transferred Contracts and Assert Claims for Cure Amounts; (iv) Approving Form and Manner of Notice of Sale; and (v) Scheduling Auction and Final Hearing on Approval of Asset Sale |
| 2/10/2006 | 27 | Debtors' Motion for an Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith |

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc. (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA 95054.

| | | |
|---|---|---|
| 2/15/2006 | 47 | Motion of the Debtors for an Order Pursuant to 11 U.S.C. § 105(a) Authorizing the Debtors to Adjourn Stockholder Meeting |
| 2/21/2006 | 59 | Charles L. Grimes' Objection to the Debtors' Motion for an Order (I) Approving Bidding Procedures With Respect to the Sale of the Debtors' Assets; (II) Approving Termination Fee and Expense Reimbursement; (III) Establishing Deadline By Which Parties May Object to Proposed Assumption and Assignment of Transferred Contracts and Assert Claims for Cure Amounts; (IV) Approving Form and Manner of Notice of Sale; and (V) Scheduling Auction and Final Hearing on Approval of Asset Sale |
| 2/21/2006 | 60 | Charles L. Grimes' Motion to Dismiss Chapter 11 Case |
| 2/22/2006 | 65 | Charles L. Grimes' Opposition to Debtors' Motion for an Order Pursuant to 11 U.S.C. § 105(a) Authorizing the Debtors to Adjourn their Court-Ordered Stockholder Meeting |
| 2/24/2006 | 75 | Order Authorizing the Debtors to Hold the Stockholder Meeting and Approving the Form and Manner of Notice |
| 2/24/2006 | 80 | Order (I) Approving Bidding Procedures With Respect to the Sale of the Debtors' Assets; (II) Approving Termination Fee and Expense Reimbursement; (III) Establishing Deadline by Which Parties May Object to Proposed Assumption and Assignment of Transferred Contracts and Assert Claims for Cure Amounts; (IV) Approving Form and Manner of Notice of Sale; and (V) Scheduling Auction and Final Hearing on Approval of Asset Sale |
| 3/8/2006 | 130 | Motion of the Debtors for Entry of an Order Authorizing and Approving Payments Due Under and the Continuation of Certain Employee and Management Programs |
| 3/10/2006 | 138 | Transcript of Hearing Held on February 12, 2006 Before the Honorable Christopher S. Sontchi |

| | | |
|---|---|---|
| 3/16/2006 | 159 | Objection of Charles L. Grimes to the Debtors' Motion for an Order Pursuant to 11 U.S.C. Sec. 105(a), 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing the Sale of Assets Free and Clear of Liens, Claims Encumbrances, and Other Interests and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith |
| 3/16/2006 | 160 | Objection of the Debtors to Charles L. Grimes' Motion to Dismiss Chapter 11 Case |
| 3/20/2006 | 175 | Objection to the Debtors' Motion for Entry of an Order Authorizing and Approving Payments Due Under and the Continuation of Certain Employee and Management Programs |
| 3/21/2006 | 190 | Objection of the Official Committee of Equity Security Holders to the Motion to Dismiss Chapter 11 Case |
| 3/21/2006 | 191 | Response of the Official Committee of Unsecured Creditors to Charles L. Grimes' Motion to Dismiss Chapter 11 Case |
| 3/23/2006 | 205 | Order Pursuant to 11 U.S.C. §§ 105(a), 363 and 365 and Fed. R. Bankr. P. 2002, 6004 and 6006 Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests and the Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection Therewith |
| 3/24/2006 | 210 | Notice of Service of Charles L. Grimes' Request for Production of Documents Relating to the Debtors' Motion for Entry of an Order Authorizing and Approving Payments Due under and the Continuation of Certain Employee and Management Programs Filed by Charles Grimes |
| 3/24/2006 | 211 | Notice of Withdrawal of Motion to Dismiss |
| 3/28/2006 | 224 | Order Authorizing and Approving Payments Due Under the Continuation of Certain Employee Programs |
| 4/3/2006 | 244 | Order Authorizing and Approving Payments Due Under and the Continuation of Certain Management Programs |

| Date | No. | Description |
|---|---|---|
| 4/4/2006 | 245 | Transcript of Hearing Held on March 23, 2006 Before the Honorable Christopher S. Sontchi |
| 4/6/2006 | 247 | Transcript of Hearing Held on March 30, 2006 Before the Honorable Christopher S. Sontchi |
| 6/26/2006 | 456 | Debtors' Objection to the Motion of Charles L. Grimes for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 of the Bankruptcy Code Re: Docket No. 304 |
| 6/26/2006 | 457 | Official Committee of Unsecured Creditors' Joinder in Debtors' Objection to the Motion of Charles L. Grimes for Relief from the Automatic Stay Pursuant to 11 U.S.C. 362 of the Bankruptcy Code |
| 7/24/2006 | 555 | Motion to Approve (i) the Disclosure Statement; (ii) Scheduling the Confirmation Hearing; (iii) Approving Form and Contents of Solicitation Package; (iv) Approving Form and Manner of Notice of the Confirmation Hearing; (v) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (vi) Approving Forms of Ballots; (vii) Establishing a Voting Deadline for Receipt of Ballots; (viii) Approving Procedures for Vote Tabulations; (ix) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; (x) Approving the Option Holder Schedule; (xi) Approving the Establishment of a Third Party Commencement Deadline and (xii) Granting Related Relief |
| 8/2/2006 | 588 | Charles L. Grimes' Objection to Motion to Approve (i) the Disclosure Statement; (ii) Scheduling the Confirmation Hearing; (iii) Approving Form and Contents of Solicitation Package; (iv) Approving Form and Manner of Notice of the Confirmation Hearing; (v) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (vi) Approving Forms of Ballots; (vii) Establishing a Voting Deadline for Receipt of Ballots; (viii) Approving Procedures for Vote Tabulations; (ix) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; (x) Approving the Option Holder Schedule; (xi) Approving the Establishment of a Third Party Commencement Deadline and (xii) Granting Related Relief |

DB02:5506134.2    064952.1001

| | | |
|---|---|---|
| 8/9/2006 | 627 | Order (i) Approving the Disclosure Statement; (ii) Scheduling the Confirmation Hearing; (iii) Approving Form and Contents of Solicitation Package; (iv) Approving Form and Manner of Notice of the Confirmation Hearing; (v) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (vi) Approving Forms of Ballots; (vii) Establishing a Voting Deadline for Receipt of Ballots; (viii) Approving Procedures for Vote Tabulations; (ix) Establishing Deadline and Procedures for Filing Objections to Confirmation of the Plan; (x) Approving the Option Holder Schedule; (xi) Approving the Establishment of a Third Party Commencement Deadline and (xii) Granting Related Relief |
| 8/9/2006 | 629 | Disclosure Statement for Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code, as Revised |
| 8/9/2006 | 630 | Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code Proposed by the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, as Revised |
| 8/14/2006 | 655 | Notice of Service of First Set of Interrogatories Regarding Confirmation of the Joint Plan of Reorganization and Liquidation under Chapter 11 of the Bankruptcy Code Proposed by the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, as Revised, Filed by Charles Grimes |
| 8/14/2006 | 656 | Notice of Service of First Request for Production of Documents Regarding Confirmation of the Joint Plan of Reorganization and Liquidation under Chapter 11 of the Bankruptcy Code Proposed by the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, as Revised, Filed by Charles Grimes |
| 8/23/2006 | 714 | Transcript of Hearing Held on August 9, 2006 Before the Honorable Christopher S. Sontchi |

| | | |
|---|---|---|
| 8/29/2006 | 761 | Joint Motion of the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement of Claims Between the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders, and Noah D. Mesel |
| 8/29/2006 | 762 | Expedited Motion by Plan Proponents for Determination that Modifications to the Joint Plan of Reorganization and Liquidation dated August 9, 2006 Comply with Sections 1122, 1123, 1125 and 1127 of the Bankruptcy Code |
| 9/5/2006 | 799 | Charles L. Grimes' Designation of the Record and Statement of the Issues on Appeal |
| 9/5/2006 | 800 | Charles L. Grimes' Objection to the Proposed Joint Plan of Reorganization and Liquidation under Chapter 11 of the Bankruptcy Code Proposed by the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, as Revised |
| 9/6/2006 | 809 | Objection of Charles L. Grimes to Joint Motion of the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Settlement of Claims Between the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders and Noah D. Mesel |
| 9/7/2006 | 824 | Order Approving Joint Motion of the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders for an Order Approving the Settlement of Claims Between the Debtors, the Official Committee of Unsecured Creditors, the Official Committee of Equity Security Holders and Noah D. Mesel |

DB02:5506134.2                                                                                                                                                064952.1001

| Date | No. | Description |
|---|---|---|
| 9/7/2006 | 825 | Order Granting Expedited Motion by Plan Proponents for Determination that Modifications to the Joint Plan of Reorganization and Liquidation Dated August 9, 2006 Comply With Sections 1122, 1123, 1125 and 1127 of the Bankruptcy Code |
| 9/11/2006 | 854 | Transcript of Hearing Held on September 7, 2006 Before the Honorable Christopher S. Sontchi |
| 9/12/2006 | 883 | Findings of Fact, Conclusions of Law and Order Confirming Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code Proposed by the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, as Revised |
| 9/12/2006 | 884 | Joint Plan of Reorganization and Liquidation Under Chapter 11 of the Bankruptcy Code Proposed by the Debtors, the Official Committee of Unsecured Creditors and the Official Committee of Equity Security Holders, as Revised |
| TBD | TBD | Transcript of Hearing Held on September 12, 2006 Before the Honorable Christopher S. Sontchi |

Date: Wilmington, Delaware
September /5, 2006

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Michael R. Nestor

        Michael R. Nestor (No. 3526)
        Kenneth J. Enos (No. 4544)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 571-6600

        and

        MORGAN, LEWIS & BOCKIUS LLP
        Neil E. Herman
        101 Park Avenue
        New York, NY 10178
        Telephone: (212) 309-6000

        and

        Rebecca L. Booth (No. 4031)
        1701 Market Street
        Philadelphia, PA 19103
        Telephone: (215) 963-5000

        Attorneys for Debtors and Debtors-in-Possession