IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**

IN RE: RNI Wind Down Corporation, et al

|  |  |
|---|---|
| Charles L. Grimes ) | |
| ) | |
| Appellant ) | Civil Action No. 06-585 |
| v. ) | |
| ) | |
| RNI Wind Down Corporation, et al ) | |
| Appellees ) | Bankruptcy Case No. 06-10110 |
| ) | Bankruptcy Appeal No. 06- |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/23/06 was docketed in the District Court on 9/21/06:

Order Granting Debtors' Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving the Amendment to the Stipulation and Agreement of Settlement Dated as of November 12, 2004 and the memorandum opinion entered on August 23, 2006

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

Peter T. Dalleo
Clerk of Court

Date: September 21, 2006
To: U.S. Bankruptcy Court
    Counsel