IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| RNI WIND DOWN CORPORATION, et al. | : | Bankruptcy No. 06-10110 |
| Debtors | : | |
| CHARLES L. GRIMES | : | |
| Appellant | : | |
| v. | : | Civil Action No. 06-585 GMS |
| RNI WIND DOWN CORPORATION, et al. | : | |
| Appellees | : | |

## ORDER

WHEREAS, on September 21, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on August 23, 2006, was filed (D.I. 1);

WHEREAS, on September 26, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on October 17, 2006, a letter was filed on behalf of both parties by the Mediator requesting that she be excused from mediating this appeal (D.I. 5).

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than November 17, 2006.

_Oct. 18, 2006_
DATE

_/s/_
UNITED STATES DISTRICT JUDGE

FILED
OCT 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE