

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

November 7, 2006

***VIA E-FILING AND HAND DELIVERY***

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Grimes v. RNI Winddown Corp.*
      06-585 (GMS)

Dear Judge Sleet:

By Order dated October 18, 2006, the Court directed that the parties submit a proposed briefing schedule. Accordingly, enclosed is an agreed proposed order on briefing. If the proposed order is acceptable to the Court, the parties request that it be entered.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

Enclosure

cc:   William R. Baldiga (all by fax with enclosure)
      Cheryl B. Pinarchick
      Stephen K. Kortanek

10019453.WPD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> RNI WIND DOWN CORPORATION, ) <br> et al., ) <br> ) <br> Debtors. ) <br> _____) | Bankruptcy Case No. 06-10110 (CSS) |
| ) <br> CHARLES L. GRIMES, ) <br> ) <br> Appellant ) <br> ) <br> v. ) <br> ) <br> RNI WIND DOWN CORPORATION, ) <br> et al. ) <br> ) <br> Appellees. ) <br> _____) | Civil Action No.: 06-585 (GMS) |

### ORDER ON BRIEFING SCHEDULE

1. Appellant's opening brief shall be filed on or before December 14, 2006.

2. Appellee's answering brief shall be filed on or before January 26, 2007.

3. Appellant's reply brief shall be filed on or before February 16, 2007.

4. Nothing herein shall preclude the Appellee from moving to dismiss the appeal.

_____, 2006

_____
UNITED STATES DISTRICT JUDGE

10018982.WPD