**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| RNI WIND DOWN CORPORATION, et al.,[1] : | |
| : | Case No. 06-10110 (CSS) |
| Reorganized Debtors. : | |
| _____ : | (Jointly Administered) |
| : | |
| CHARLES L. GRIMES, : | |
| : | |
| Appellant, : | |
| : | Civil Action No. 06-cv-00585 (GMS) |
| v. : | |
| : | |
| RNI WIND DOWN CORPORATION, et al., : | |
| : | |
| Appellees. : | |
| _____ : | |

**MOTION FOR *PRO HAC VICE*
ADMISSION OF CHERYL B. PINARCHICK**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Cheryl B. Pinarchick, Esquire of Brown Rudnick Berlack Israels LLP to represent the Plan Administrator in the above-captioned matter.

Dated:  November 17, 2006    KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS LLP

       */s/ Christopher A. Ward*
Steven K. Kortanek, Esq. (Del. Bar No. 3106)
Christopher A. Ward (Del. Bar No. 3877)
919 N. Market Street, Suite 1000
Wilmington, DE  19801
(302) 426-1189 Telephone
(302) 426-9193 Facsimile
skortanek@klehr.com

*Co-Counsel for the Plan Administrator*

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA  95054.

DEL1 65001-1

# CERTIFICATION OF COUNSEL TO BE
# ADMITTED *PRO HAC VICE* OF CHERYL B. PINARCHICK

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and a member in good standing of the Bars of the States of Massachusetts, Pennsylvania and New Jersey, as well as the federal bars for the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I certify that Steven K. Kortanek, Esquire of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801 is acting as my firm's local counsel. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: November 17, 2006

*[signature]*
Cheryl B. Pinarchick, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
Phone: (617) 856-8200
Fax: (617) 856-8201
cpinarchick@brownrudnick.com

*Co-Counsel for the Plan Administrator*

DEL1 65001-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RNI WIND DOWN CORPORATION, et al.,[2] | : | |
| | : | Case No. 06-10110 (CSS) |
| Reorganized Debtors. | : | |
| _____ | : | (Jointly Administered) |
| | : | |
| CHARLES L. GRIMES, | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No. 06-cv-00585 (GMS) |
| v. | : | |
| | : | |
| RNI WIND DOWN CORPORATION, et al., | : | |
| | : | |
| Appellees. | : | |
| | : | |

## ORDER GRANTING MOTION FOR *PRO HAC VICE* ADMISSION OF CHERYL B. PINARCHICK

IT IS HEREBY ORDERED that counsel's motion for *pro hac vice* admission of Cheryl B. Pinarchick is GRANTED.

Date: _____          _____
                                The Honorable Gregory M. Sleet
                                United States District Judge

---

[2] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA 95054.

DEL1 65001-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RNI WIND DOWN CORPORATION, <u>et</u> <u>al</u>.,³ | : | |
| | : | Case No. 06-10110 (CSS) |
| Reorganized Debtors. | : | |
| | : | (Jointly Administered) |
| | : | |
| CHARLES L. GRIMES, | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No. 06-cv-00585 (GMS) |
| v. | : | |
| | : | |
| RNI WIND DOWN CORPORATION, <u>et</u> <u>al</u>., | : | |
| | : | |
| Appellees. | : | |

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq., hereby certify that on this 9th day of November 2006, I caused to be served a copy of the ***Motion and Order for Pro Hac Vice Admission of Cheryl B. Pinarchick*** upon the parties listed on the attached service list in the manner indicated thereto.

                                                                                        */s/ Christopher A. Ward*
                                                                                 Christopher A. Ward (#3877)

---

[3] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA 95054.

DEL1 65001-1

***Via Hand Delivery***
Office of the United States Trustee
Attn:  David L. Buchbinder
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

DEL1 65001-1