IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| RNI WIND DOWN CORPORATION, et al.,[1] | : | Case No. 06-10110 (CSS) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| _____ | : | |
| CHARLES L. GRIMES, | : | Civil Action No. 06-0585 (GMS) |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| RNI WIND DOWN CORPORATION, et al., | : | |
| | : | |
| Appellees. | : | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers LLP and Lisa M. Kresge, Esq. of Brown Rudnick Berlack Israels, LLP, hereby enter their appearance on behalf of the Plan Administrator of RNI Wind Down Corporation f/k/a Riverstone Networks, Inc., (the "Plan Administrator") designated in the above-referenced chapter 11 cases, as successor-in-interest of RNI Wind Down Corporation, et al., the Appellees, and request service of all pleadings related to the above-captioned appeal.

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA 95054.

DEL1 64987-1

          KLEHR, HARRISON, HARVEY,
           BRANZBURG & ELLERS LLP

       */s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel:  (302) 426-1189
Fax:  (302) 426-9193

        -and-

BROWN RUDNICK BERLACK ISRAELS LLP
Lisa M. Kresge, Esq.
One Financial Center
Boston, MA 02111
Tel:  617-856-8200
Fax:  617-856-8201

*Co-Counsel for the Plan Administrator*

DEL1 64987-1