## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RNI WIND DOWN CORPORATION, et al.,[1] | : | |
| | : | Case No. 06-10110 (CSS) |
| Reorganized Debtors. | : | |
| | : | (Jointly Administered) |
| | : | |
| CHARLES L. GRIMES, | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No. 06-cv-00585 (GMS) |
| v. | : | |
| | : | |
| RNI WIND DOWN CORPORATION, et al., | : | |
| | : | |
| Appellees. | : | |
| | : | |

## MOTION FOR *PRO HAC VICE*
## ADMISSION OF ERIKA M. HOLMES

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Erika M. Holmes, Esquire of Brown Rudnick Berlack Israels LLP to represent the Plan Administrator in the above-captioned matter.

Dated:  November 17, 2006

<div style="margin-left:40%">

KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS LLP

_____/s/ Christopher A. Ward_____
Christopher A. Ward (Del. Bar No. 3877)
919 N. Market Street, Suite 1000
Wilmington, DE  19801
(302) 426-1189 Telephone
(302) 426-9193 Facsimile
cward@klehr.com

*Co-Counsel for the Plan Administrator*

</div>

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA  95054.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RNI WIND DOWN CORPORATION, et al.,[1] | : | |
| | : | Case No. 06-10110 (CSS) |
| Reorganized Debtors. | : | |
| ———————————————————— | : | (Jointly Administered) |
| | : | |
| CHARLES L. GRIMES, | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No. 06-cv-00585 (GMS) |
| v. | : | |
| | : | |
| RNI WIND DOWN CORPORATION, et al., | : | |
| | : | |
| Appellees. | : | |
| ———————————————————— | : | |

**ORDER GRANTING MOTION FOR *PRO HAC VICE*
ADMISSION OF ERIKA M. HOLMES**

IT IS HEREBY ORDERED that counsel's motion for *pro hac vice* admission of Erika M.

Holmes is GRANTED.


Date: _____          _____

The Honorable Gregory M. Sleet
United States District Judge

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA  95054.

## CERTIFICATION OF COUNSEL TO BE
## ADMITTED *PRO HAC VICE* OF ERIKA M. HOLMES

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and a member in good standing of the Bar of the State of Massachusetts.

Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I certify that Steven K. Kortanek, Esquire of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 919 N. Market Street, Suite 1000, Wilmington, Delaware 19801 is acting as my firm's local counsel.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005.  I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court for District Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated:  November 17, 2006

Erika M. Holmes, Esq.
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, MA 02111
Phone:  (617) 856-8200
Fax:  (617) 856-8201
eholmes@brownrudnick.com

*Co-Counsel for the Plan Administrator*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| RNI WIND DOWN CORPORATION, et al.,[1] | : | |
| | : | Case No. 06-10110 (CSS) |
| Reorganized Debtors. | : | |
| —————————————————— | : | (Jointly Administered) |
| | : | |
| CHARLES L. GRIMES, | : | |
| | : | |
| Appellant, | : | |
| | : | Civil Action No. 06-cv-00585 (GMS) |
| v. | : | |
| | : | |
| RNI WIND DOWN CORPORATION, et al., | : | |
| | : | |
| Appellees. | : | |
| —————————————————— | : | |

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, hereby certify that on this 17th day of November 2006, I caused

to be served a copy of the ***Motion and Order for Pro Hac Vice Admission of Erika M. Holmes***

upon the parties listed on the attached service list in the manner indicated thereto.

***Via Hand Delivery***
Office of the United States Trustee
Attn:  David L. Buchbinder
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801

_____/s/ Christopher A. Ward_____
Christopher A. Ward (Del Bar No. 3877)

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of 5200 Great America Parkway, Santa Clara, CA  95054.

DEL1 65002-1