**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re )<br><br>)<br>RNI WIND DOWN CORPORATION., )<br>et al., )<br><br>)<br>Debtors. )<br>_____ )<br><br>)<br>CHARLES L. GRIMES )<br><br>)<br>Appellant )<br><br>)<br>v. )<br><br>)<br>RNI WIND DOWN CORPORATION, )<br>et al. )<br><br>)<br>Appellees. )<br>_____ ) | Bankruptcy Case No. 06-10110 (CSS)<br><br><br><br><br>Civil Action No.: 06-585 (GMS) |

**CHARLES L. GRIMES' MOTION FOR JUDICIAL NOTICE**

This is an appeal from an order of the United States Bankruptcy Court for the District

of Delaware (the "Bankruptcy Court") pursuant to Bankruptcy Rule 9019 approving an agreement

to amend the settlement of a derivative suit (the "Bankruptcy Motion"). That settlement had been

approved, pursuant to Fed. R. Civ. P. 23.1, by the United States District Court for the Northern

District California (the "California Action"). Charles L. Grimes had intervened in the California

Action and appealed the approval of the settlement to the United States Court of Appeals for the

Ninth Circuit (the "Ninth Circuit Appeal"). During the pendency of the Ninth Circuit Appeal,

Riverstone Networks, Inc. ("Riverstone"), a party to the derivative suit, filed for protection under

the United States Bankruptcy Code in the Bankruptcy Court and thereafter filed the Bankruptcy

Motion.

The Bankruptcy Court approved the Bankruptcy Motion, over Mr. Grimes' objection, on August 23, 2006. Mr. Grimes timely appealed to this Court on August 25, 2006. Thereafter, the parties submitted their designations of the record in accordance with Bankruptcy Rule 8006.

The Ninth Circuit Appeal is still pending.

Subsequent to the designation of the record in this appeal, the following pleadings and orders were filed/issued in the Bankruptcy Court and in the Ninth Circuit:

1.    Letter dated September 20, 2006 from Rebecca L. Booth, Esquire to Cathy Catterson, Clerk of the Ninth Circuit;

2.    Emergency Motion for Limited Modification of the Automatic Stay and/or Confirmation Injunctions in Connection with the Ninth Circuit Appeal filed by Mr. Grimes on September 22, 2006 in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

3.    Order Granting, in Part and Continuing in Part, Charles L. Grimes' Motion for Limited Modification of the Automatic Stay and/or Confirmation Injunctions in Connection with the Ninth Circuit Appeal signed by the Bankruptcy Court on September 26, 2006;

4.    Final Order Granting Charles L. Grimes' Motion for Limited Modification of the Automatic Stay and/or Confirmation Injunctions in Connection with the Ninth Circuit Appeal entered by the Bankruptcy Court on September 28, 2006;

5.    Letter dated September 26, 2006 from David A. Jenkins, Esquire to Cathy Catterson, Clerk of the Ninth Circuit;

6.    Order of the Ninth Circuit filed on October 24, 2006;

7.    Letter dated November 21, 2006 from David A. Jenkins, Esquire to Cathy Catterson, Clerk of the Ninth Circuit; and

8.    Order of the Ninth Circuit filed on November 24, 2006.[1]

---

[1]The pleadings and order are attached as exhibits to Mr. Grimes' Opening Brief on Appeal. We also request that the Court take Judicial Notice of an order entered by the Ninth Circuit on March 29, 2006 (prior to the Appeal). This is the order by which the Ninth Circuit Appeal was originally stayed.

Thus, these pleadings and orders were not made part of the record on appeal.

Because these pleadings and orders relate to the procedural posture of the Ninth Circuit Appeal, Mr. Grimes requests that this court take judicial notice of these pleadings and orders. The Court may take judicial notice of matters of public record at any time, including on appeal as long as it is not unfair to do so or undermine the findings of the lower court. *In re Peregrine Systems, Inc.*, 311 B.R. 679, 692 (D. Del. 2004). Here, there is no prejudice to the appellee by the Court taking judicial notice of the requested documents, nor do they undermine the Bankruptcy Court's decision which is the subject of this appeal.

WHEREFORE, Mr. Grimes requests that the Court enter an order in the form attached granting his motion to take judicial notice.

SMITH, KATZENSTEIN & FURLOW LLP


David A. Jenkins (ID No. 932)
Michele C. Gott (ID No. 2671)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 10th Floor
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Attorneys for Charles L. Grimes

Dated:  December 14, 2006

---

Although referred to by the parties in the pleadings below, the order was not submitted to the Bankruptcy Court. There is, however, no dispute that the Ninth Circuit Appeal was stayed as a result of Riverstone's bankruptcy filing.

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

In re                           )

RNI WIND DOWN CORPORATION.,  )
et al.,                      )     Bankruptcy Case No. 06-10110 (CSS)

          Debtors.        )

CHARLES L. GRIMES         )

           Appellant      )     Civil Action No.: 06-585 (GMS)

      v.                )

RNI WIND DOWN CORPORATION,  )
et al.                    )

           Appellees.     )

## ORDER GRANTING CHARLES L. GRIMES' MOTION FOR JUDICIAL NOTICE

Having considered the motion of Charles L. Grimes for Judicial Notice it is hereby

ORDERED that the motion is granted.

_____
Date

_____
United States District Court Judge

06034|ORD|10020491.WPD

## CERTIFICATE OF SERVICE

I CERTIFY that on this **14th** day of **December, 2006,** a copy of the foregoing **Charles L.**

**Grimes' Motion for Judicial Notice** was served on the following attorneys by first class mail:

Steven K. Kortanek, Esq.
Christopher A. Ward, Esq.
Jennifer L. Scoliard, Esq.
Klehr Harrison Harvey
Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

William R. Baldiga, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

David A. Jenkins (ID No. 932)

06034|COS|10020507.WPD