

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

December 22, 2006

***VIA E-FILING AND HAND DELIVERY***

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Grimes v. RNI Winddown Corp.*
       06-585 (GMS)

Dear Judge Sleet:

I represent appellant Charles L. Grimes.

The Court entered a briefing schedule in this appeal on November 13, 2006. Pursuant to that schedule, on December 14, 2006, Mr. Grimes filed his opening brief. The answering and reply brief currently are due January 26, 2007 and February 16, 2007, respectively. In conjunction with the his opening brief, on December 14, 2006, Mr. Grimes also filed Charles L. Grimes' Motion for Judicial Notice. Any response to the Motion for Judicial Notice is due on or before January 2, 2007.

On December 19, 2006, appellee RNI Wind Down Corporation filed a Motion to Dismiss Appeal. Due to the intervening holidays and counsels' schedule in other matters, the parties have agreed, subject to Court approval, to a schedule that extends the time to brief the motion.

Additionally, the parties have agreed, again subject to Court approval, to stay the briefing on the merits of the appeal and the response to the Motion *for Judicial Notice* pending the outcome of the Motion to Dismiss, in order to conserve

{06034}

The Honorable Gregory M. Sleet
December 22, 2006
Page 2

resources at this time.

Attached is a proposed order reflecting the parties' agreement. If the Court finds the order acceptable, the parties request that it be entered.

Of course, we are available if the Court has questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

Enclosure

cc: William R. Baldiga (all by fax with enclosure)
Cheryl B. Pinarchick
Stephen K. Kortanek

{06034}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re ) | | |
| ) | | |
| RNI WIND DOWN CORPORATION, ) | | |
| et al., ) | Bankruptcy Case No. 06-10110 (CSS) | |
| ) | | |
| Debtors. ) | | |
| ) | | |
| ) | | |
| CHARLES L. GRIMES, ) | | |
| ) | Civil Action No.: 06-585 (GMS) | |
| Appellant ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| RNI WIND DOWN CORPORATION, ) | | |
| et al. ) | | |
| ) | | |
| Appellees. ) | | |
| ) | | |

## ORDER ON BRIEFING SCHEDULE

WHEREAS, on November 13, 2006, the Court entered an Order setting the briefing schedule for this appeal;

WHEREAS, December 14, 2006, Appellant filed his opening brief and a Motion for Judicial Notice;

WHEREAS, Appellee's response to the Motion for Judicial Notice is due January 2, 2006, Appellee's answering brief is due January 26, 2007 and Appellant's reply brief is due February 16, 2007;

WHEREAS, on December 19, 2006 Appellee filed a Motion to Dismiss Appeal (the "Motion");

{06034}
10018982.WPD

WHEREAS, the parties desire to enter an agreed briefing schedule on the Motion and to stay the briefing on the merits of the appeal and the Motion for Judicial Notice pending a decision on the Motion;

NOW THEREFORE, subject to Court approval, the parties stipulate and agree to the following schedule:

1. Appellant's answering brief on the Motion shall be filed on or before January 25, 2007.

2. Appellee's reply brief on the Motion shall be filed on or before February 8, 2007.

3. Briefing on the merits of the appeal and any response to the Motion for Judicial Notice is stayed until further order of the Court.

_____, 2006         _____
                               UNITED STATES DISTRICT JUDGE

{06034}
10018982.WPD