IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 11 |
| RNI WIND DOWN CORPORATION, et al.,[1] : | |
| Reorganized Debtors. : | Case No. 06-10110 (CSS) |
| : | (Jointly Administered) |
| CHARLES L. GRIMES, : | |
| Appellant, : | |
| v. : | Civil Action No. 06-cv-00585 (GMS) |
| RNI WIND DOWN CORPORATION, et al., : | |
| Appellees. : | |

**WITHDRAWAL OF NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND PLEADINGS**

TO: The Clerk of the Court and interested parties:

PLEASE WITHDRAW the appearance of the attorney set forth below on behalf of the Plan Administrator in the above-referenced case, as such attorney is no longer associated with the Brown Rudnick firm:

> Erika M. Holmes, Esq.
> Brown Rudnick, Berlack Israels LLP
> One Financial Center
> Boston, MA 02111
> Tel: 617-856-8200
> Fax: 617-856-8201

---

[1] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of c/o Craig R. Jalbert, Verdolino & Lowey, P.C., Pine Brook Office Park, 124 Washington Street, Foxborough, MA 02035.

DEL1 65509-1

PLEASE TAKE FURTHER NOTICE that all notices shall continue to be served upon the undersigned.

Dated: January 22, 2007

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP

_/s/ Steven K. Kortanek_
Steven K. Kortanek, Esq. (Del. Bar No. 3106)
Christopher A. Ward, Esq. (Del Bar No. 3877)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 Telephone
(302) 426-9193 Facsimile

-and-

BROWN RUDNICK BERLACK
  ISRAELS LLP
William R. Baldiga, Esquire
Sunni P. Beville, Esquire
One Financial Center
Boston, MA 02111
Tel: 617-856-8200
Fax: 617-856-8201

*Counsel to the Plan Administrator*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| RNI WIND DOWN CORPORATION, et al.,[2] | : |
| | : Case No. 06-10110 (CSS) |
| Reorganized Debtors. | : |
| | : (Jointly Administered) |
| | : |
| CHARLES L. GRIMES, | : |
| | : |
| Appellant, | : |
| | : Civil Action No. 06-cv-00585 (GMS) |
| v. | : |
| | : |
| RNI WIND DOWN CORPORATION, et al., | : |
| | : |
| Appellees. | : |

## CERTIFICATE OF SERVICE

I, Steven K. Kortanek, hereby certify that on this 22nd day of January 2007, I caused to be served a copy of the foregoing *Withdrawal of Notice of Appearance and Request for Service of Notices and Pleadings* upon the parties listed below via U.S. mail:

David A. Jenkins
Michele C. Gott
Kathleen Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Ave., 10th Floor
Wilmington, DE 19899

_____
Steven K. Kortanek (#3106)

---

[2] The Debtors are RNI Wind Down Corporation, formerly known as Riverstone Networks, Inc., (Tax ID No. XX-XXX6178), BlueCoast Software (Tax ID No. XX-XXX9415), The OASys Group, Inc. (Tax ID No. XX-XXX8093), Riverstone Networks SPC, Inc. (Tax ID No. XX-XXX3518) and Pipal Systems, Inc. (Tax ID No. XX-XXX6850) each with a mailing address of c/o Craig R. Jalbert, Verdolino & Lowey, P.C., Pine Brook Office Park, 124 Washington Street, Foxborough, MA 02035.