

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

February 12, 2007

***VIA E-FILING AND HAND DELIVERY***

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    *Grimes v. RNI WindDown Corp.*
       06-585 (GMS)

Dear Judge Sleet:

We represent the appellant in this matter. We write to inform the Court that appellant Charles L. Grimes died recently. We will be filing a motion to substitute the executors of his estate as the appellant.

In the meantime, briefing on RNI WindDown Corp.'s ("RNI") Motion to Dismiss is complete. Pursuant to Local Rule 7.1.4, we request oral argument on this motion because we believe that in its reply brief RNI misstated our position and raised new arguments in support of its motion.

Of course, we are available if the Court has questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

{06034|CORA|10022483.RTF}

The Honorable Gregory M. Sleet
February 12, 2007
Page 2


cc:    William R. Baldiga (all by fax)
       Cheryl B. Pinarchick
       Stephen K. Kortanek

{06034\CORA\10022483.RTF}