IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| RNI WIND DOWN CORPORATION., ) | |
| et al., ) | Bankruptcy Case No. 06-10110 (CSS) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| CHARLES L. GRIMES ) | |
| ) | Civil Action No.: 06-585 (GMS) |
| Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| RNI WIND DOWN CORPORATION, ) | |
| et al. ) | |
| ) | |
| Appellees. ) | |
| ) | |

## SUGGESTION OF DEATH ON RECORD

The Estate of Charles L. Grimes, suggests upon the record, pursuant to Fed.R.Civ.P. 25(a)(1),

the death of Appellant Charles L. Grimes during the pendency of this action.

SMITH, KATZENSTEIN & FURLOW, LLP

David A. Jenkins (ID No. 932)
Michele C. Gott (ID No. 2671)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Tel: (302) 652-8400
Email: DJenkins@skfdelaware.com

March 6, 2007                *Attorneys for the Estate of Charles L. Grimes*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this **6th** day of **March, 2007**, a copy of the foregoing **SUGGESTION OF DEATH ON RECORD** was served on the following attorneys in the manner indicated:

*Via E-Filing*

Steven K. Kortanek
WOMBLE CARLYLE
919 Market Street, Suite 1000
Wilmington, DE 19801

*Via First Class Mail*

William R. Baldiga
Cheryl B. Pinarchick
BROWN RUDNICK BERLACK
ISRAELS, LLP
One Financial Center
Boston, MA 02111

_____
Kathleen M. Miller (I.D. No. 2898)

06034|COS|10023219.WPD