IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> RNI WIND DOWN CORPORATION., ) <br> et al., ) <br> ) <br> Debtors. ) <br> _____ ) | Bankruptcy Case No. 06-10110 (CSS) |
| ) <br> CHARLES L. GRIMES ) <br> ) <br> Appellant ) <br> ) <br> v. ) <br> ) <br> RNI WIND DOWN CORPORATION, ) <br> et al. ) <br> ) <br> Appellees. ) <br> _____ ) | Civil Action No.: 06-585 (GMS) |

**STIPULATION TO SUBSTITUTE THE ESTATE OF CHARLES L. GRIMES AS APPELLANT FOR CHARLES L. GRIMES, DECEASED**

WHEREAS, Charles L. Grimes, a former shareholder of Riverstone Networks, Inc. n/k/a RNI, Inc., filed this appeal from an order of the United States Bankruptcy Court for the District of Delaware on August 25, 2006. Mr. Grimes filed his opening brief on appeal on December 14, 2006.

WHEREAS, on December 19, 2006, appellee RNI, Inc., filed a Motion to Dismiss. Briefing on that motion was completed on February 8, 2007.

WHERERAS, on February 5, 2007 Charles L. Grimes died. Reed Rubin and Jane Grimes are the co-executors of the Estate of Charles L. Grimes.

WHEREAS, Mr. Rubin and Mrs. Grimes, pursuant to Fed.R.Civ.P. 25(a)(1) seek to have

the Estate of Charles L. Grimes substituted as the appellant.

THEREFORE, the parties stipulate and agree, subject to Court approval, that:

The Estate of Charles L. Grimes, by and through Reed Rubin and Jane Grimes, co-executors, is substituted as the appellant in this action.

| | |
|---|---|
| SMITH, KATZENSTEIN & FURLOW LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| /s/ David A. Jenkins | /s/ Steven K. Kortanek |
| David A. Jenkins (ID No. 932) | Steven K. Kortanek (ID No. 3106) |
| Michele C. Gott (ID No. 2671) | 919 Market Street, Suite 1000 |
| Kathleen M. Miller (ID No. 2898) | Wilmington, DE 19801 |
| 800 Delaware Avenue, 10th Floor | Tel: 302-552-5503 |
| Wilmington, DE 19801 | |
| Tel: (302) 652-8400 | And |
| Email: DJenkins@skfdelaware.com | |
| | William R. Baldiga |
| *Attorneys for the Estate of Charles L. Grimes* | Cheryl B. Pinarchick |
| | BROWN RUDNICK BERLACK ISRAELS, LLP |
| March 7, 2007 | One Financial Center |
| | Boston, MA 02111 |
| | |
| | Attorneys for RNI, Inc. |
| | |
| | March 7, 2007 |