

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

March 8, 2007

**VIA E-FILING AND HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Grimes v. RNI WindDown Corp.*
      06-585 (GMS)

Dear Judge Sleet:

We represent the appellant in this matter, Charles L. Grimes, who died recently. We have filed a Suggestion of Death.

We have also entered a stipulation with the appellee to substitute the Estate of Charles L. Grimes, by his co-executors Reed Rubin and Jane Grimes, for Mr. Grimes as the appellant. A copy of the Stipulation is enclosed. If the Stipulation is acceptable to Your Honor, the parties request that an order be entered permitting the substitution. A proposed form of order is also enclosed.

Of course, we are available if the Court has questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

cc:   William R. Baldiga (all by fax)
      Cheryl B. Pinarchick
      Steven K. Kortanek

{06034|CORA|10023217.RTF}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> RNI WIND DOWN CORPORATION., ) <br> et al., ) <br> ) <br> Debtors. ) <br> _____) | Bankruptcy Case No. 06-10110 (CSS) |
| ) <br> CHARLES L. GRIMES ) <br> ) <br> Appellant ) <br> ) <br> v. ) <br> ) <br> RNI WIND DOWN CORPORATION, ) <br> et al. ) <br> ) <br> Appellees. ) <br> _____) | Civil Action No.: 06-585 (GMS) |

**STIPULATION TO SUBSTITUTE THE ESTATE OF CHARLES L. GRIMES AS APPELLANT FOR CHARLES L. GRIMES, DECEASED**

WHEREAS, Charles L. Grimes, a former shareholder of Riverstone Networks, Inc. n/k/a RNI, Inc., filed this appeal from an order of the United States Bankruptcy Court for the District of Delaware on August 25, 2006. Mr. Grimes filed his opening brief on appeal on December 14, 2006.

WHEREAS, on December 19, 2006, appellee RNI, Inc., filed a Motion to Dismiss. Briefing on that motion was completed on February 8, 2007.

WHERERAS, on February 5, 2007 Charles L. Grimes died. Reed Rubin and Jane Grimes are the co-executors of the Estate of Charles L. Grimes.

WHEREAS, Mr. Rubin and Mrs. Grimes, pursuant to Fed.R.Civ.P. 25(a)(1) seek to have

the Estate of Charles L. Grimes substituted as the appellant.

THEREFORE, the parties stipulate and agree, subject to Court approval, that:

The Estate of Charles L. Grimes, by and through Reed Rubin and Jane Grimes, co-executors, is substituted as the appellant in this action.

| | |
|---|---|
| SMITH, KATZENSTEIN & FURLOW LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
| /s/ David A. Jenkins<br>David A. Jenkins (ID No. 932)<br>Michele C. Gott (ID No. 2671)<br>Kathleen M. Miller (ID No. 2898)<br>800 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801<br>Tel: (302) 652-8400<br>Email: DJenkins@skfdelaware.com | /s/ Steven K. Kortanek<br>Steven K. Kortanek (ID No. 3106)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Tel: 302-552-5503 |
| *Attorneys for the Estate of Charles L. Grimes* | And |
| March 7, 2007 | William R. Baldiga<br>Cheryl B. Pinarchick<br>BROWN RUDNICK BERLACK ISRAELS, LLP<br>One Financial Center<br>Boston, MA 02111 |
| | *Attorneys for RNI, Inc.* |
| | March 7, 2007 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | |
| RNI WIND DOWN CORPORATION., ) | |
| et al., ) | Bankruptcy Case No. 06-10110 (CSS) |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| CHARLES L. GRIMES ) | |
| ) | Civil Action No.: 06-585 (GMS) |
| Appellant ) | |
| ) | |
| v. ) | |
| ) | |
| RNI WIND DOWN CORPORATION, ) | |
| et al. ) | |
| ) | |
| Appellees. ) | |

**ORDER ALLOWING SUBSTITUTION OF THE ESTATE OF CHARLES L. GRIMES AS APPELLANT FOR CHARLES L. GRIMES, DECEASED**

The Court having considered the Stipulation between the parties to allow for the substitution of the Estate of Charles L. Grimes, by and through Reed Rubin and Jane Grimes as co-executors, pursuant to Fed.R.Civ.P. 25(a)(1) for Charles L. Grimes, deceased;

IT IS HEREBY ORDERED THAT

The Estate of Charles L. Grimes, by and through Reed Rubin and Jane Grimes, co-executors, is substituted as appellant in place of Charles L. Grimes, deceased.

The caption shall reflect the substitution and herein after be styled:

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RNI WIND DOWN CORPORATION., et al., | ) ) ) | Bankruptcy Case No. 06-10110 (CSS) |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| THE ESTATE OF CHARLES L. GRIMES. by Reed Rubin and Jane Grimes Appellant | ) ) ) ) | Civil Action No.: 06-585 (GMS) |
| | ) | |
| v. | ) ) | |
| RNI WIND DOWN CORPORATION, et al. | ) ) ) | |
| | ) | |
| Appellees. | ) ) | |

Date:_____

_____
United States District Court Judge