

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

April 18, 2007

***VIA E-FILING AND HAND DELIVERY***

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:    *Grimes v. RNI WindDown Corp.*
       06-585 (GMS)

Dear Judge Sleet:

I write in the captioned action to update the Court on a recent development in the related litigation in the United States Court of Appeals for the Ninth Circuit (described at pages 8-10 and 15-17 of appellant's answering brief in opposition to the motion to dismiss the appeal, filed in this action on January 25, 2007). We represent the Estate of Charles L. Grimes, the appellant in the matter before Your Honor.

As we have previously reported to the Court, on December 15, 2006, Riverstone (now RNI WindDown Corp.) moved to dismiss Mr. Grimes' appeal in the Ninth Circuit, contending that Riverstone's Confirmation Order and plan enjoined prosecution of that appeal because those documents enjoined continuation of any actions against Riverstone or its property. That Motion to Dismiss was fully briefed by the parties.

By an Order dated April 11, 2007 (which we received Monday) the Ninth Circuit denied Riverstone's motion to dismiss, without prejudice to appellees' renewing the arguments in their answering brief on the merits. A copy of that Order is attached.

We are available should the Court have questions regarding this development.

{06034\CORA\10024617.RTF}

The Honorable Gregory M. Sleet
April 18, 2007
Page 2


Respectfully,

David A. Jenkins
(ID No. 932)

DAJ/jcb
Enclosures

cc:     William R. Baldiga, Esquire (all by fax)
        Cheryl B. Pinarchick, Esquire
        Steven K. Kortanek, Esquire



RECEIVED

APR 16 2007

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 11 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| GREGORY WATTERSON, Derivatively on behalf of Riverstone Networks, Inc., | No. 05-16588 |
| Plaintiff - Appellee, | D.C. No. CV-03-00637-PJH Northern District of California, San Francisco |
| CHARLES L. GRIMES, |  |
| Intervenor - Appellant, | ORDER |
| v. |  |
| ROMULUS PEREIRA; et al., |  |
| Defendants - Appellees. |  |

Before:  Peter L. Shaw, Appellate Commissioner

Appellees' motion to dismiss the appeal is denied without prejudice to renewing the arguments in the answering brief. *Cf. Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (stating that merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The motion to substitute Reed Rubin and Jane Grimes, co-executors of the estate of Charles L. Grimes, as intervenors- appellants is granted. *See* Fed. R. App. P. 43(a)(1).

S:\MOATT\Cmshords\04.07\at\05-16588.wpd

05-16588

The opening brief has been filed.  These proceedings are currently stayed as to appellee Riverstone Networks., Inc. ("Riverstone") only.  Appellee Riverstone's status report remains due May 29, 2007.

Briefing is stayed pending the filing of appellee Riverstone's status report.


*Peter L. Shaw*

———————————————
General Order 6.3(e)